<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-605**

---

In Re: CLAUDE RAYMOND CURRY,

                                                    Petitioner.

---

On Petition for Writ of Mandamus.  (CA-91-262)

---

Submitted:  November 19, 1998       Decided:  December 1, 1998

---

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Claude Raymond Curry, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Claude Raymond Curry filed a petition for a writ of mandamus from this court seeking an order compelling enforcement of his constitutional rights. Mandamus is a drastic remedy to be used only in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Mandamus relief is only available when there are no other means by which the relief sought could be granted, see In Re Beard, 811 F.2d 818, 826 (4th Cir. 1987), and may not be used as a substitute for appeal. See In re Catawba Indian Tribe of S.C., 973 F.2d 1133, 1135 (4th Cir. 1992). Accordingly, although we grant the motion for leave to proceed in forma pauperis, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2